IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALEXANDER STEWART,
ADC # 129524                                                                              PETITIONER

V.                              No. 5:05CV00351 BD

LARRY NORRIS, DIRECTOR,
ARKANSAS DEPARTMENT OF CORRECTION                             RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 5th day of March, 2007.

UNITED STATES MAGISTRATE JUDGE